## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CECILIE WASHBURN et al.**                                              **PLAINTIFFS**

v.                 **CASE NO. 4:15CV00191 BSM**

**SHOW ME PIES, INC., et al.**                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the notice of acceptance of judgment filed by plaintiffs Cecilie Washburn, Elizabeth Nichols, Hannah Mead, Morgan Weece, Kaylee Washburn, Vanessa Murphy, Cayla Harpool, and Kaitlyn Ratliff [Doc. No. 8], judgment is hereby entered in their favor and against defendants Show Me Pies, Inc., Three Buddies Incorporated, and Ben Biesenthal in the amount of $49,408.22, to be apportioned and allocated among plaintiffs as set forth in the notice of acceptance.

Plaintiffs are directed to file their motion for attorney's fees and costs no later than fourteen days after the entry of this judgment.

DATED this 22nd day of June 2015.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE